# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DESTINY CHAMPAGNE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 2:20-cv-01227-RFB-DJA<br><br>**ORDER** |

Presently before the Court is Plaintiff Counsel's Motion to Withdraw as Counsel (ECF No. 23), filed on March 24, 2021.

Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met. Breanna Hartmann indicates that due to irreconcilable differences between Mainor Wirth, LLP and Ms. Miller, the representation has become unreasonably difficult to continue and thus necessitates withdrawal. The Court will require that Plaintiff Destiny Miller advise the Court if she will retain new counsel or proceed pro se by April 16, 2021. Filing a notice of new counsel or intent to proceed pro se on or before April 16, 2021 is sufficient to comply with the Court's order. Failure to respond may result in a recommendation to the United States District Judge assigned to this case that dispositive sanctions be issued, including dismissal of this action.

**IT IS THEREFORE ORDERED** that Plaintiff Counsel's Motion to Withdraw (ECF No. 23) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff Destiny Miller shall have until **April 16, 2021** to advise the Court if she will retain new counsel or proceed pro se. Failure to notify the

Court as to its new representation may subject her to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff Destiny Champagne Miller to the civil docket and send a copy of this Order to Plaintiff's last known address:

    Destiny Champagne Miller

    Clark County Detention Center -289101

    Inmate ID Number: 7762804

    330 S. Casino Center Blvd.

    Las Vegas, NV  89101

DATED: March 26, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE